Entered on Docket April 25, 2018

Below is the Order of the Court.

*Mary Jo Heston*
_____
**Mary Jo Heston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| In re:<br><br>**TIMOTHY J. HYLAND and BILLIE JO HYLAND**,<br><br>Debtors. | Case No. **17-44706**<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION** |

It appearing from the court's record that neither the Disclosure Statement nor the Plan of Reorganization have been filed in this case, it is now hereby

**ORDERED** that counsel for the Debtor-in-Possession is required to appear on **May 24, 2018, at 9:00 a.m.,** in **U.S. BANKRUPTCY COURT, 1717 Pacific Avenue, Courtroom H, Tacoma, Washington,** to show cause why this matter should not be dismissed or other appropriate action taken.

///End of Order///

ORDER TO SHOW CAUSE FOR FAILURE TO FILE DISCLOSURE STATEMENT
AND PLAN OF REORGANIZATION - 1