Jacob DeGraaff
Henry & DeGraaff, P.S.
787 Maynard Ave S.
Seattle, WA 98104
(206) 330-0595
jacobd@hdm-legal.com

The Honorable Mary Jo Heston
CHAPTER 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

TIMOTHY J. HYLAND and BILLIE JO HYLAND,

      Debtors.

Case No. 17-44706-MJH

POST-CONFIRMATION REPORT

    Pursuant to Local Bankruptcy Rule 2015-1(e), Timothy and Billie Jo Hyland, the debtors in this confirmed Chapter 11 case, by and through their counsel of record, Jacob D. DeGraaff and Henry & DeGraaff, P.S., hereby file this written report of post-confirmation activity. The plan was confirmed on November 14, 2018, becoming effective in December 2018.

1) <u>Distributions Under the Plan</u>

| **Class** | **Payment Amount** | **Number of Payments** |
|---|---|---|
| A) Allowed Priority Nontax Claim (no such claims) | 0 | 0 |

DEBTORS' POST-CONFIRMATION REPORT - 1

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609

Case 17-44706-MJH    Doc 83    Filed 04/24/19    Ent. 04/24/19 22:35:14    Pg. 1 of 3

| B) Wells Fargo Bank, N.A. | $3,965.95<br><br>Total: $23,795.70 | 6 |
|---|---|---|
| C) Advantis Credit Union | $291.87<br><br>Total $1,751.22 | 6 |
| D) General Unsecured | $1,120.00<br><br>(Paid in full) | 1 |

2) <u>Projections</u>

Due to their steady fixed incomes, Debtors anticipate making all remaining payments on time.

3) <u>Anticipated Litigation</u>

There is no pending or anticipated litigation in this case.

4) <u>Other Factors</u>

Now that Wells Fargo's mortgage accounting appears to have been corrected, the Debtors anticipate no other factors impacting their ability to consummate the plan. However, the Debtors are considering filing a motion to fix the claim amount of Wells Fargo, since the exact amount of post-petition arrears was unknown as of confirmation.

5) <u>Final Decree</u>

The Debtors' application for final decree is expected to be filed in the next month, closing their case before the end of the 2nd quarter of 2019.

Dated this 24th day of April, 2019.

*/s/ Timothy Hyland*
Timothy J. Hyland

*/s/ Billie Jo Hyland*
Billie Jo Hyland

DEBTORS' POST-CONFIRMATION REPORT - 2

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609

DEBTORS' POST-CONFIRMATION REPORT - 3

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609